UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KINDI SPALDING,

        Plaintiff,

                             File no: 1:18-CV-819

v.

                             HON. ROBERT J. JONKER

EATON COUNTY, et al.,

        Defendants.
_____/

## ORDER APPROVING MAGISTRATE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on February 14, 2021 (ECF No. 167). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 167) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Approve Settlement Against Defendants Eaton County, Doug R. Sharp, Dennis Gerber, Carrie Hunt, and Don Haga, is **GRANTED**.

**IT IS FURTHER ORDERED** that the settlement proceeds of $50,000.00 shall be distributed to the law firm of Fieger, Fieger, Kenney & Harrington to be applied towards the costs and expenses incurred in this case.

**IT IS FURTHER ORDERED** that Defendants Eaton County, Doug R. Sharp, Dennis Gerber, Carrie Hunt, and Don Haga are terminated as party defendants in this action.

Date:   <u>March 3, 2021</u>            /s/ Robert J. Jonker
                                     ROBERT J. JONKER
                                     CHIEF UNITED STATES DISTRICT JUDGE